# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NUMALE CORPORATION, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>US COMPOUNDING, INC.,<br><br>    Defendant | Case No.: 2:21-cv-01304-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not remand at this time. However, the parties remain responsible for proving that subject matter jurisdiction exists in this court before final judgment is entered.

DATED this 6th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE