**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NUMALE CORPORATION, a Nevada corporation; FELICIANO NUMALE NEVADA, PLLC, a Nevada professional limited liability company; NEVADA NUMALE, LLC, a Nevada limited liability company; NUMEDICAL SC, a Wisconsin service corporation; NUMALE MEDICAL CENTER, LLC, a Wisconsin limited liability company; NUFEMME MILWAUKEE, LLC, a Wisconsin limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>US COMPOUNDING, INC., an Arkansas corporation; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>    Defendants. | Case No.   2:21-cv-01304-ART-DJA<br><br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiffs, Numale Corporation, Feliciano Numale Nevada, PLLC, Nevada Numale, LLC, Numedical SC, Numale Medical Center, LLC, Nufemme Milwaukee, LLC (collectively "Plaintiffs"), and Defendant, US Compounding, Inc. ("Defendant") request that the above captioned matter be dismissed without prejudice, pursuant to NRCP 41(a)(2).

    Plaintiffs and Defendant shall bear their own attorneys' fees and costs incurred in this action.

118339868.1

**IT IS SO STIPULATED**

Dated this 8th day of November, 2022                    Dated this 8th day of November, 2022

*/s/ Jason Wiley*                                        */s/ J Christopher Jorgensen*

Jason M. Wiley, Esq.                                     J Christopher Jorgensen, Esq.
Nevada Bar No. 9274                                      Nevada Bar No. 5382
WILEY PETERSEN                                           LEWIS ROCA ROTHGERBER CHRISTIE LLP
1050 Indigo Drive, Suite 200B                            3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89145                                  Las Vegas, NV 89169

*Attorneys for Plaintiffs*                               *Attorneys for Defendants*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation of the Parties, under FRCP 41(a), respectfully request dismissal of the above-captioned matter without prejudice of the entire action. Plaintiffs and Defendant will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 9, 2022

118339868.1

2